RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 6/7/11

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**MONROE DIVISION**

| | |
|---|---|
| JOE BELL<br>LA. DOC #526341 | CIVIL ACTION NO. 3:11-cv-0142 |
| VERSUS | SECTION P |
| OWNER, LOUISIANA CORRECTIONAL SERVICE, ET AL. | JUDGE ROBERT G. JAMES |
| | MAG. JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights Complaint be **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B).

MONROE, LOUISIANA, this 6 day of June, 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE